**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CR08-79ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | CR No. ~~08-46ML~~ |
| | * | |
| v. | * | In violation of 18 U.S.C. §2252(a)(2) (Distribution of Child Pornography) and 18 U.S.C. §2252(a)(4) (Possession of Child Pornography |
| JOSE HILARIO | * | |

RECEIVED
AUG 20 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

**SUPERSEDING INFORMATION**

The United States Attorney charges:

COUNT 1

1. Form on or about August 7, 2007 to on or about September 27, 2007, in the District of Rhode Island, the Middle District of Florida and elsewhere, the defendant, JOSE HILARIO, did knowingly distribute visual depictions that had been mailed, shipped and transported in interstate or foreign commerce, or which contained materials which had been mailed and so shipped and transported, by any means including by computer, the producing of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. §2256(2)(A), and such depictions being of such conduct.

All in violation of 18 U.S.C. §2252(a)(2).

COUNT 2

2. From in or about September 2007 to on or about April 4, 2008, the exact dates being unknown to the Grand Jury, in the

District of Rhode Island, the defendant did knowingly possess one or more matters which contained a visual depiction of sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been transported in interstate and foreign commerce and which was produced using materials which had been transported in interstate and foreign commerce.

All in violation of 18 U.S.C. §2252(a)(4).

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief of the Criminal Division

TERRENCE P. DONNELLY
Assistant U.S. Attorney