PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF Rhode Island Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): TERRENCE P. DONNELLY

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO. CR08-46ML

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:08-MJ-65M

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: JOSE HILARIO

Address:

☐ Interpreter Required Dialect:

Birth Date

☑ Male ☐ Alien
☐ Female (if applicable)

Social Securi Redacted

Issue: ☐

Location Status:

Arrest Date ________ or Date Transferred to Federal Custody ________

☑ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): Edward M. Pepe, Esq.

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. Section 2252 (a)(2) - Distribution | Penalties-20 yrs imprisonment,with a mandatory minimum | ☒ Felony ☐ Misdemeanor |
| | of Child Pornography | of 5 yrs; a term of supervised release of life with a 5 yr. | ☐ Felony ☐ Misdemeanor |
| | | minimum; $250,000 fine and a $100 SA | ☐ Felony ☐ Misdemeanor |
| | 18 U.S.C. Section 2252(a)(4) Possession of | 10 yrs imprisonment; a term of supervised release of life | ☐ Felony ☐ Misdemeanor |
| | Child Pornography | with a 5 yr minimum; $250,000 fine, and a $100 SA | ☐ Felony ☐ Misdemeanor |