Case 1:08-cr-00079-ML-DLM Document 3 Filed 09/10/2008 Page 1 of 1

O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED

AUG 21 2008

U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JOSE HILARIO

## WAIVER OF INDICTMENT

CASE NUMBER CR 08-79ML

I, JOSE HILARIO, the above named defendant, who is accused of distribution of child pornography and possession of child pornography

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on September 10, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose Hilario [signature]
Defendant

Edward M. Pepe, Esq. [signature]
Counsel for Defendant

Before [signature: David L. Martin]
USMJ Judicial Officer 9-10-08